IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTIN DAVANON,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and OPTIMAS OE SOLUTIONS HOLDINGS, LLC,<br><br>    Defendants. | Case No. 1:21-cv-02451<br>Honorable Judge William R. Blakey |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant"), by counsel, HINSHAW & CULBERTSON LLP, and herby moves for the entry of judgment in its favor and against Plaintiff, KRISTIN DAVANON ("Plaintiff"), pursuant to Fed. R. Civ. P. 52, on the ground that the preponderance of the evidence favors the entry of judgment in Defendant's favor in this case for long-term disability benefits under §502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. §1132(a)(1)(B)). In support thereof, Defendant concurrently submits a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court enter judgment in its favor and against Plaintiff, and award its attorneys' fees and costs pursuant to ERISA §502(g) (29 U.S.C. § 1132(g)).

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ *Jennifer Kalas*
Jennifer Kalas (17396-64)
jkalas@hinshawlaw.com
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
219-864-5051

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 11th day of February, 2022, she e-filed this document through the Court's CM/ECF system, which will cause a copy of the document to be delivered electronically to counsel of record identified below.

Mark Debofsky, Esq.
DeBofsky Sherman Casciari Reynolds P.C.
150 N. Wacker Drive, Suite 1925
Chicago, IL 60606
312-561-4040
mdebofsky@debofsky.com

Kara E. Angeletti
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60611
312-456-8400
angelettik@gtlaw.com