**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTIN DAVANON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-2451 |
| | ) | Judge: Honorable John Robert Blakey |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and OPTIMAS OE SOLUTIONS HOLDINGS, LLC, | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, KRISTIN DAVANON, hereby gives notice that an agreement has been reached with the Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA and OPTIMAS OE SOLUTIONS HOLDINGS, LLC, to settle and resolve the pending dispute between the parties.

Plaintiffs request that all pending dates be stayed to allow the parties sufficient time to document and consummate their agreed-upon settlement.

Dated: March 18, 2022

Respectfully Submitted,

/s/ Mark D. DeBofsky

Mark D. DeBofsky
One of the Attorneys for Plaintiffs

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email: mdebofsky@debofsky.com

**CERTIFICATE OF SERVICE**

Mark D. DeBofsky, the attorney, hereby certifies that on March 18, 2022, he electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all attorneys of record.

/s/ Mark D. DeBofsky

Mark D. DeBofsky
One of the Attorneys for Plaintiffs

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email: mdebofsky@debofsky.com