**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTIN DAVANON,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and OPTIMAS OE SOLUTIONS HOLDINGS, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:21-cv-2451<br>Judge: Honorable John Robert Blakey |

**STIPULATION OF DISMISSAL**

Mark D. DeBofsky, attorney for Plaintiff, and Elizabeth Ralph and Kara E. Angeletti attorneys for Optimas OE Solutions Holdings LLC submit the following Stipulation of Dismissal:

1. Pursuant to agreement, Plaintiff dismisses all claims against Optimas OE Solutions Holdings LLC with prejudice, with each party to bear their own costs and fees.

Dated: May 9, 2022

Respectfully submitted,

/s/ *Mark D. DeBofsky*
Mark D. DeBofsky
*Attorney for Plaintiff*

/s/ *Kara E. Angeletti*
Kara E. Angeletti
*Attorney for Defendant Optimas*

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040

Elizabeth Ralph
ralphe@gtlaw.com
Kara E. Angeletti
angelettik@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312-456-8400
Fax: 312-456-8435

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

/s/ *Kara E. Angeletti*
One of Defendant's attorneys